IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA ORDIWAY, | ) | |
| ESTHER BARKLEY, | ) | |
| REBECCA BUTERBAUGH, | ) | |
| RICHARD BUTERBAUGH, and | ) | Civil Action No. 02-1564 |
| THOSE PERSONS SIMILARLY SITUATED | ) | Judge Cercone |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNICATIONS & COMMERCE, LLC | ) | |
| REESE BROTHERS, REESE | ) | |
| TELESERVICES INC., BARRY REESE and | ) | |
| RALPH REESE, | ) | |
| | ) | |
| Defendants. | ) | |

AND

| | | |
|---|---|---|
| REBECCA BUTERBAUGH, | ) | |
| RICHARD BUTERBAUGH, | ) | |
| DEANA MUMAU, JAMES SMITH and | ) | |
| THOSE PERSONS SIMILARLY SITUATED | ) | Civil Action No. 03-0116 |
| | ) | Judge Cercone |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNICATIONS & COMMERCE, LLC, | ) | |
| REESE BROTHERS, REESE TELESERVICES, | ) | |
| INC., ALAN TRUITT, ALEC BRECKER, | ) | |
| BARRY REESE AND RALPH REESE | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT

Lead Plaintiffs, Angela Ordiway, Esther Barkley, Rebecca Buterbaugh, Rick Buterbaugh,

Deana Mumau and James Smith, Class Representatives ("Lead Plaintiffs") by their counsel,

hereby move the Court pursuant to Fed.R.Civ.P.23(e), for final approval of the proposed

Settlement of the above-captioned class action lawsuits.  In support thereof, Lead Plaintiffs state

as follows:

1.      The proposed Settlement provides a tangible and immediate benefit for the Class.

2.      The proposed Settlement is a global settlement.  It was reached with all of the

Defendants, after intensive arm's-length negotiations by experienced counsel, including

negotiations during two separate settlement conferences presided over by this Honorable Court.

The proposed Settlement articulates the agreement made in connection with settling the Lead

Plaintiffs and Class claims.  Fed.R.Civ.P.23(e)(2).

3.      As required by this Honorable Court's Preliminary Approval Order dated June 12,

2006, Notice of the Settlement and the approval hearing was sent to the members of the Class

and published in the *Indiana Gazette*.  The deadline to serve objections to the proposed

Settlement expired on August 4, 2006.

4.      The proposed Settlement was approved by each Lead Plaintiff and there have

been no objections filed by the Class. [1]

5.      In further support of this Motion, Lead Plaintiffs rely on the pleadings previously

filed with the Court and the Brief in Support of Final Approval of the Proposed Settlement.

WHEREFORE, Lead Plaintiffs respectfully request that this Honorable Court grant final

approval to the proposed Settlement.

---

[1] Plaintiffs' Counsel received an email with an electronic stamp reading "Not Approved" from one Class member and several phone calls regarding unhappiness with the Settlement terms.  Plaintiffs' Counsel, however, is unaware of any Class members who have officially objected to the terms of the Settlement as is required by the Court's approved Notice of the Settlement sent to each Plaintiff and posted in the *Indiana Gazette*.

Respectfully submitted,

s/ Cynthia S. Goldstein
CYNTHIA S. GOLDSTEIN
PA ID 62765

DOUGLAS B. McKECHNIE
PA ID 89534

HEALEY & HORNACK, P.C.

The Pennsylvanian, Suite C-2
1100 Liberty Avenue
Pittsburgh, PA 15222
Phone: 412.391.7711
Fax: 412.281.9509

Counsel for Plaintiffs