IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA ORDIWAY,<br>ESTHER BARKLEY,<br>REBECCA BUTERBAUGH,<br>RICHARD BUTERBAUGH, and<br>THOSE PERSONS SIMILARLY SITUATED<br><br>        Plaintiffs,<br><br>    v.<br><br>COMMUNICATIONS & COMMERCE, LLC<br>REESE BROTHERS, REESE<br>TELESERVICES INC., BARRY REESE and<br>RALPH REESE,<br><br>        Defendants. | Civil Action No. 02-1564<br>Judge Cercone |

AND

| | |
|---|---|
| REBECCA BUTERBAUGH,<br>RICHARD BUTERBAUGH,<br>DEANA MUMAU, JAMES SMITH and<br>THOSE PERSONS SIMILARLY SITUATED<br><br>        Plaintiffs,<br><br>    v.<br><br>COMMUNICATIONS & COMMERCE, LLC,<br>REESE BROTHERS, REESE TELESERVICES,<br>INC., ALAN TRUITT, ALEC BRECKER,<br>BARRY REESE AND RALPH REESE<br><br>        Defendants. | Civil Action No. 03-0116<br>Judge Cercone |

**MOTION TO APPROVE PAYMENT OF SETTLEMENT FUNDS**

AND NOW Come Plaintiffs, by their counsel, and file the within Motion to Approve Payment of Settlement Funds. In support of Plainitffs' motion, Plainitffs state the following:

1. On August 18, 2006, this Honorable Court approved class settlements in the above captioned matters.

2. As a term of the class settlements, any Class member who Plaintiffs' Counsel was unable to locate for the purposes of distributing that Class member's portion of the settlement was to have their unclaimed settlement proceeds revert to Plaintiffs' counsel's law firm. In the event that the number of class members who Plaintiffs' Counsel was unable to locate exceeded eleven (11) or more Class members, the unclaimed settlement proceeds were to be divided equally between Plaintiffs' counsel and Defendants.

3. Ronald E. Hegner was a class member Plaintiff in both of the above captioned lawsuits.

4. Mr. Hegner had a total settlement claim of $839.00.

5. Mr. Hegner moved during the course of the lawsuit at which time his address changed.

6. Mr. Hegner provided his new address to Plainitffs' counsel.

7. Through no fault of his own, Mr. Hegner did not receive either a notice of proposed settlement or a release form. Mr. Hegner's notice was inadvertently sent to his prior address and it was retuned as undeliverable.

8. As a result, Mr. Hegner was unaware of, and unable to comply with, the terms and requirements of the proposed settlement.

9. Mr. Hegner has provided Plainitffs' counsel with a signed *Proof of Claims and Release Form*. (Exhibit A)

WHEREFORE, Plainitffs respectfully request that this Honorable Court approve payment of settlement proceeds to Mr. Hegner in the amount of $839.00, half to be paid by Plainitffs' counsel and half to be paid by Defendants.

    Respectfully submitted,

    HEALEY & HORNACK, P.C.

    /s/ Cynthia Goldstein
    CYNTHIA GOLDSTEIN

    /s/ Douglas B. McKechnie
    DOUGLAS B. McKECHNIE

    The Pennsylvanian, Suite C-2
    1100 liberty Avenue
    Pittsburgh, PA 15222
    Telephone: 412-391-7711
    Fax: 412-281-9509
    Email: cindy@unionlawyers.net
    Email: doug@unionlawyers.net